**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 273 MAL 2023 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the **Published Opinion and** |
| v. | : | **Order** of the Superior Court at No. |
| | : | 649 MDA 2022, at 293 A.3d 733 |
| | : | (Pa. Super. 2023) entered on April |
| RAYMOND CHARLES ROWE, | : | 18, 2023, **affirming** the PCRA |
| | : | Order of the Lancaster County Court |
| Petitioner | : | of Common Pleas at No. CP-36-CR- |
| | : | 0004108-2018 entered on April 21, |
| | : | 2022 |

**ORDER**

**PER CURIAM**                                    **DECIDED: August 1, 2025**

**AND NOW**, this 1st day of August, 2025, the Petition for Allowance of Appeal is **GRANTED**, the order of the Superior Court is **VACATED**, and the matter is **REMANDED** for reconsideration in light of this Court's decision in *Commonwealth v. Hardy*, 337 A.3d 385, 2025 WL 1688799 (Pa. filed June 17, 2025). On remand, the court shall apply the current and correct version of 42 Pa.C.S. § 9543.1. *See Commonwealth v. Rowe*, 293 A.3d 733, 739-40 (Pa. Super. 2023).